**Order filed September 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-15-00167-CR

————————————

**JOSHUA JACOB PATTERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCR-058778**

---

**ORDER**

The Reporter's Record was filed on July 15, 2015. On August 20, 2015, appellant filed a motion to order the filing of the trial exhibits. We grant the motion and issue the following order.

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of all trial exhibits, including State's Exhibit 70, a video**.**

The exhibit clerk of the 240th District Court is directed to deliver to the Clerk of this court the originals of all trial exhibits, including State's Exhibit 70, a video, on or before **September 24, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of these trial exhibits, to the clerk of the 240th District Court.

PER CURIAM